IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



UNITED STATES OF AMERICA

v.                                                                  CRIMINAL NO. 4:07cr-22HTW-LRA

LEO STEPHENS

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, LEO STEPHENS, without prejudice.

DUNN LAMPTON
United States Attorney

Date: June 30, 2008      By:  s/ Jack B. Lacy, Jr.
                              JACK B. LACY, JR.
                              Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this ___9th___ day of ___July___, 2008.

_____
UNITED STATES DISTRICT JUDGE